IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff,    ) | |
| ) | |
| vs.        ) | |
| ) | Case No. 12-20041-01-CM |
| ANTHONY RENFROW,        ) | |
| Defendant.    ) | |
| ) | |

# MOTION TO CONTINUE AND
# TO DECLARE TIME EXCLUDABLE
# FROM SPEEDY TRIAL ACT DEADLINE

COMES NOW the Defendant, Anthony Renfrow, by and through undersigned counsel, and respectfully move this Court to set this matter for a motions hearing on September 29, 2014, and to find that the delay caused by this continuance should be excluded in calculating deadlines under the Speedy Trial Act. In support of this motion, Mr. Renfrow states:

1. The Defendants are charged with one count of conspiracy to commit wire fraud and money laundering, and one count of substantive wire fraud.

2. On December 7, 2012, this Court entered a written order designating this case complex for Speedy Trial Act purposes under 18 U.S.C. § 3161(h)(7)(B)(ii).

3. On December 19, 2013, Mr. Renfrow filed a motion to dismiss or in the alternative for a bill of particulars.

4. Counsel has been notified that Mr. Fox's case will be scheduled for a hearing on September 29, 2014, and counsel believes that it would be appropriate to set Mr. Renfrow's case for hearing on this date as well. Counsel will notify the Court of the status of the case well in

1

advance of the hearing date.

5. The time from the filing of this motion through September 29, 2014, should be excluded from the Speedy Trial Act calculation under both 18 U.S.C. § 3161(h)(7)(B)(ii), which recognizes that the complexity of the case supports an ends-of-justice finding, and § 3161(h)(1)(D), which excludes delay occurring while a pretrial motion is pending. Delay granted under the ends-of-justice exception may be excluded if the district court makes the findings required by 18 U.S.C. § 3161(h)(7), while delay caused by the filing of a pretrial motion is automatically excludable under § 3161(h)(1)(D). *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2010).

6. Defense counsel has consulted with his client, who understands the implication of this motion for his right to a speedy trial and who agrees that the delay resulting from the requested continuance should be excluded from Speedy Trial Act calculations.

7. Counsel for the Government, Scott Rask, does not object to this request.

WHEREFORE, Mr. Renfrow requests that this Court continue the hearing in this matter to September 29, 2014, and that the Court exclude the delay caused by the continuance when computing deadlines under the Speedy Trial Act.

Respectfully submitted,

S/Thomas W. Bartee
Thomas W. Bartee  #15133
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101
(913) 551-6712
Email: Tom_Bartee@fd.org
  Attorney for Defendant Anthony Renfrow

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Scott Rask
Assistant United States Attorney
scott.rask@usdoj.gov


            S/Thomas W. Bartee
            Thomas W. Bartee