IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-20041-CM |
| | ) | |
| WILLIAM FOX, | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF WITHDRAWAL OF MOTION & DEFENDANT'S WAIVER OF APPEARANCE

**COMES NOW**, defendant William Lee Fox (2) and through undersigned counsel files this notice to withdraw his previous motion to dismiss (Doc. 39) filed on December 9, 2013 by local counsel now not associated with the case. The only motion then before the Court would be lead defendant Renfrow's Motion to Dismiss and for Bill of Particulars. In further support of this notice of withdrawal and motion for waiver of appearance, the defendant states as follows:

1. Counsel for Mr. Fox, William W. Brown and Shazzie Naseem, after consultation with codefendant counsel Tom Bartee, and review of discovery and assessment of case strategy since December 9, 2013 have determined withdrawal of the previously filed motion to dismiss is more consistent with defendant Fox's now more developed trial strategy.

2. In addition, equally important, and upon a now more developed individual case strategy, defendant Fox has determined that limited and valuable resources required to litigate the previously filed motion to dismiss by counsel (Doc. 39) now unassociated with the case are better allocated toward case preparation and trial currently set for June 8, 2015.

3. Upon the filing of the motion to withdraw his previous motion to dismiss (Doc. 39) defendant Fox requests to be excused from the hearing currently set for April 7, 2015, to maximize efficient use of limited defense resources as the parties move toward a June trial.

4. Counsel discussed the withdrawal of the motion with the government. The government agrees that the withdrawal of the motion would make the presence of both Mr. Fox and attorney William Brown unnecessary at the hearing. Counsel for Mr. Fox and the government further agree that any issues related to scheduling can be adequately addressed through local counsel for Mr. Fox, Shazzie Naseem.

5. To the extent that any scheduling matters arise at the hearing on April 7, 2015, in accordance with Rules 47(a) and (b) and Rule 43 of the Federal Rules of Criminal Procedure, defendant Fox freely and voluntarily, waives his right to be present for those matters. The Defendant has discussed his right to be present for said conference with counsel and understands its purpose at it relates to motions deadlines and trials dates. Mr. Fox agrees and consents to his local counsel Shazzie Naseem appearing at the hearing without his presence and acting in his best legal interests.

6. California counsel and defendant Fox would be available telephonically to address any scheduling issues the court may want to address after hearing codefendant Renfro's motion to dismiss and request for bill of particulars.

Respectfully submitted,

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP

By: /s/ Shazzie Naseem
     Shazzie Naseem   KS# 24954
     2600 Grand Blvd, Suite 1200
     Kansas City, Missouri 64108
     (816) 561-7007 (telephone)
     (816) 561-1888 (facsimile)
     Email: snaseem@berkowitzoliver.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which sent the notification of filing to all counsel of record.

     /s/ Shazzie Naseem