CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Scott Rask |
|---|---|
| Plaintiff, | |
| v. | Case No: 12-20041-01 |
| Anthony Renfrow | Tom Bartee |
| Defendant. | |

| JUDGE: | Carlos Murguia | DATE: | 5/21/2015 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PROBATION: | |

**PROCEEDINGS**

☐ Arraignment & Plea         ☐ Waiver of Indictment         ☒ Felony
☒ Change of Plea             ☐ Appearance                   ☐ Misdemeanor

☐ **Interpreter**  Click here to enter text.      ☐ **Sworn**      ☐ **Previously Sworn**

☒ **Constitutional Rights Explained**
☐ **Declines to Waive Indictment**           ☐ **Will be presented to next Grand Jury**
☐ **Signed Waiver of Indictment**            ☐ **Information filed** Click here to enter text.
☐ **Signed Consent to Transfer (Rule 20)**

☒ **Waived Reading of:**      ☐ **Read to Defendant:**
         ☒ **Indictment**
         ☐ **Information**
         ☐ **Number of Counts :**

☒ **Petition to Enter Plea Filed**      ☒ **Plea Agreement Attached**

   ☒ **Previous Plea of**
         ☐ **Guilty**     ☒ **Not Guilty**      Counts:  **1**  withdrawn

   ☒ **Plea of GUILTY as to Counts  1  Accepted**

   ☐ **Plea of NOT GUILTY as to Counts**

☒ **Judgment Deferred**      ☒ **PSI Ordered**    ☒ **Sentencing set for: to bet set after the PSI has been filed.**
☒ **Continued on Present Bail**      ☐ **Remanded to Custody**
☒ **Counts to be dismissed on Motion of the US at sentencing:**   sentencing
☐ **OTHER:**