IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                              ) | |
|                          Plaintiff,           ) | |
|                                                              )   Case No. 12-20041-01-CM | |
|            v.                                            ) | |
|                                                              ) | |
| ANTHONY RENFROW,                      ) | |
|                                                              ) | |
|                          Defendant.       ) | |
| _____) | |

## MOTION FOR FINAL ORDER OF FORFEITURE

COMES NOW the United States by and through Barry R. Grissom, United States Attorney for the District of Kansas and Robin L. Sommer, Special Assistant United States Attorney, and moves the Court to enter a Final Order of Forfeiture forfeiting any and all interest of the defendant in the personal property identified in the Forfeiture Allegation of the Indictment, as more specifically set out below.  In support of this motion, the United States, states the following:

1.  On May 21, 2015, defendant Anthony Renfrow plead guilty to the offenses set out in Count 1 of the Indictment (Doc. 1).  (Doc. 81).  In the Indictment, the United States gave notice to the defendant that, in the event of his conviction on Count 1, he would be required to forfeit to the United States proceeds derived from the alleged offense.  (Doc. 1).

2.  During the plea hearing, the defendant also agreed not to contest the criminal forfeiture allegation of the Indictment and further agreed to the imposition of a forfeiture judgment against him in the amount of $1,676,000.00, which amount represents the amount of proceeds obtained as a result of the conduct charged in Count 1 of the Indictment.

3.  Accordingly, the United States seeks the entry of a Final Order of Forfeiture consisting of a personal forfeiture money judgment against the defendant in the amount of

$1,676,000.00.

4.      The entry of a Final Order of Forfeiture in the form of a personal money judgment is authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Civil Procedure.

5.      Pursuant to Rule 32.2(e)(1), once the Final Order of Forfeiture is entered, the United States may move at any time, to amend the Order to forfeit specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets.

Wherefore, for the foregoing reasons, the United States respectfully requests that the Court enter a Final Order of Forfeiture and impose a personal forfeiture money judgment against the defendant in the amount of $1,676,000.00.  A proposed order will be submitted to the Court by electronic mail for its consideration.

Respectfully Submitted,

Barry R. Grissom
United States Attorney

/s/ Robin L. Sommer
ROBIN L. SOMMER, #19376
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
robin.sommer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Robin L. Sommer
ROBIN L. SOMMER #19376