IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12-20041-01-CM |
| v. ) | |
| ) | |
| ANTHONY RENFROW, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**FINAL ORDER OF FORFEITURE
AND IMPOSITION OF FORFEITURE JUDGMENT**

WHEREAS, on May 21, 2015, defendant Anthony Renfrow pled guilty to Count 1 of the Indictment and agreed to the imposition of a forfeiture judgment against him in the amount of $1,676,000.00, which represents the amount of proceeds obtained as a result of the offenses set out in Count 1 of the Indictment for which the defendant has pled guilty;

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which seeks the imposition of a personal forfeiture money judgment against the defendant in the amount of $1,676,000.00; and,

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a personal forfeiture money judgment is hereby imposed against the defendant in the amount of $1,676,000.00.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture

shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,676,000.00 to satisfy the money judgment in whole or in part.

SO ORDERED this _24th day of August, 2015.

s/ Carlos Murguia  
HONORABLE CARLOS MURGUIA